UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| KERMIT H. PENLEY ) | |
| ) | |
| v. ) | NO. 2:06-CV-58 |
| ) | |
| STATE OF TENNESSEE; ) | |
| TONY PARKER, Warden ) | |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, the respondent's motion to dismiss is **GRANTED** [Doc. 8]; the petitioner's motion for discovery and renewed motion for the appointment of counsel are **DENIED** [Docs. 12, 13]; this *pro se* petition for a writ of habeas corpus, 28 U.S.C. § 2254, is **DISMISSED** [Doc. 1]; and the petitioner is **DENIED** an application for a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). Finally, the Court **CERTIFIES** that any appeal from this decision would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

    **IT IS SO ORDERED**.

    **ENTER**:

                                                            s/J. RONNIE GREER
                                        UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
      CLERK OF COURT